| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:11 - MJ -0267 EFB |
| | ) | |
| v. | ) | |
| | ) | |
| CYNTHIA LYNN VAN HOLLAND | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  (X) Ad Prosequendum           () Ad Testificandum

Name of Detainee:           CYNTHIA LYNN VAN HOLLAND
Detained at (custodian):    Placer County Jail

Detainee is:   a.)   (X) charged in this district by: ( ) Indictment  ( ) Information  (X) Complaint
                     charging detainee with: Bank Robbery
       or     b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   (X) return to the custody of detaining facility upon termination of proceedings
       or     b.)   ( ) be retained in federal custody until final disposition of federal charges, as a
                     sentence is currently being served at the detaining facility

*Appearance is necessary July 18, 2012 in the Eastern District of California.*

Signature:                    /s/ Michelle Rodriguez
Printed Name & Phone No:      Michelle Rodriguez (916) 554-2773
Attorney of Record for:       United States of America

## WRIT OF HABEAS CORPUS
  (X) Ad Prosequendum           () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **July 18, 2012,** before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: July 11, 2012

                                    /s/ Kendall J. Newman
                                    United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | _____ | Gender: Female |
| Booking or CDC #: | _____ | DOB:  12/24/1963 |
| Facility Address: | 2775 Richardson Drive | Race:  White |
| | Auburn, CA 95603 | FBI #: |
| Facility Phone: | (503) 745-8500 | |
| Currently Incarcerated For: | Bank Robbery | |

### RETURN OF SERVICE

Executed on _____   By: _____
                                                      (Signature)